HAR-1145
**SWEENEY & SHEEHAN**
Sentry Office Plaza, Suite 500
216 Haddon Avenue
Westmont, New Jersey  08108
(856) 869-5600  Telephone
(856) 869-5605  Facsimile
Christopher J. O'Connell, Esquire
Attorney I.D. No.: 023141994
Chris.oconnell@sweeneyfirm.com
Attorney for Defendant, York House East, Ltd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(CAMDEN VICINAGE)

| | |
|---|---|
| THOMAS J. HAMILL, ADVOCATES FOR DISABLED AMERICANS,<br>        Plaintiff,<br>    v.<br>YORK HOUSE EAST, LTD. , YORK HOUSE EAST, LTD, L.P.<br>        Defendants. | Civil Action No. |

**DISCLOSURE STATEMENT**

The undersigned counsel for Defendant, York House East, Ltd, certifies that this party is a non-governmental corporate party and that:

[ ]    This party's parent corporation, and all publicly held corporations owning 10% or more o this party's stock, are listed here:

OR

[X]    This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

| | |
|---|---|
| _(signed) Chris O'Connell_<br>Signature of Attorney | Sweeney & Sheehan, P.C.<br>Name of Firm |
| Christopher J. O'Connell<br>Print Name | 216 Haddon Avenue, Ste. 500<br>Address |
| December 11 2015<br>Date | Westmont, New Jersey 08108<br>City/State/Zip Code |